IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KATELYN HANKS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>7-ELEVEN BEVERAGE COMPANY, INC. )<br>and THE SOUTHLAND CORPORATION, )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE No. 4:20-cv-00897 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KATELYN HANKS ("Plaintiff") and Defendants, 7-ELEVEN BEVERAGE COMPANY, INC. and THE SOUTHLAND CORPORATION ("Defendants"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 20th day of January, 2021.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/ Michael S. Orr
Michael S. Orr, Esq. (CA Bar 196844)
(Pro Hac Vice Admission P ending)
Call & Jensen, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Email: msorr@calljensen.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2021, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL