IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATELYN HANKS, | ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION ) ) FILE No. 4:20-cv-00897 |
| 7-ELEVEN BEVERAGE COMPANY, INC. and THE SOUTHLAND CORPORATION, | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed January 20, 2021 (Dkt. #12), it is hereby ORDERED that this entire action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 21st day of January, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE